IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ARIES MARINE CORPORATION | CIVIL ACTION NO. 6:17-cv-16 |
| VERSUS | JUDGE |
| PRIME 8 OFFSHORE, LLC | MAG. JUDGE |

**COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes ARIES MARINE CORPORATION ("Aries Marine"), a Louisiana corporation with its principle place of business in Lafayette, Louisiana, which respectfully represents:

1.

Named defendant herein is PRIME 8 OFFSHORE, LLC, a Texas limited liability corporation not authorized but doing business in Louisiana with its principle place of business in Spring, Texas.

2.

The subject matter jurisdiction of this court arises under 28 U.S.C.A. § 1332 and 28 U.S.C.A. § 1333. Venue is proper in the Western District of Louisiana.

3.

Defendant owes Aries Marine, $37,160.00, plus contractual interest thereon from the date due, reasonable attorney's fees, and all costs of these proceedings, for the following:

4.

Aries Marine owns various self-elevating vessels ("liftboats") designed to be used in support of offshore petroleum exploration, development or production, which Aries

Marine, from time to time, time charters to various entities in the offshore petroleum industry.

5.

Pursuant to a Master Service Agreement ("MSA") entered into between Defendant and Aries Marine in Lafayette, Louisiana, Defendant time chartered the Aries Marine Liftboat Ram XIX from February 19, 2016 through February 29, 2016 to provide services at a well site in West Cameron Block 102 on the Outer Continental Shelf of the Gulf of Mexico off the coast of Louisiana ("Charter Services").

6.

Defendant maintained an open account with Aries Marine for services rendered for which Aries Marine periodically invoiced Defendant.

7.

Aries Marine sent Defendant a March 8, 2016 invoice with supporting documentation for the Charter Services totaling $73,160.00. A true and correct copy of the March 8, 2016 invoice with supporting documentation is attached as Exhibit "A".

7.

Pursuant to the MSA, Defendant is required to pay all invoices within thirty (30) days of the date of the invoice.

8.

Pursuant to the MSA, in the event payment is not timely made, Aries Marine is entitled to recover from Defendant all reasonable attorneys' fees and costs incurred in collecting any unpaid balance, and interest on the unpaid balance at the rate of 1 ½ % per month.

9.

On or about November 14, 2016, Defendant paid Aries Marine $36,000 of the March 8, 2016 invoice.

10.

To date, Aries Marine has not received any additional payments from Defendant, and $37,160.00 of the March 8, 2016 invoice remains outstanding.

11.

Pursuant to the MSA and La. R.S. 9:2781, Defendant is indebted to Aries Marine, in addition to the outstanding amount due on the account, for reasonable attorney's fees, costs, and contractual interest in the amount of 1 ½ % per month from the date owed until paid.

Aries Marine Corporation prays the Court award Aries Marine the outstanding amount due, plus contractual interest, attorney's fees, and costs, and grant Aries Marine such other relief as is just.

        Respectfully submitted,

        BULLEN & PLAUCHÉ, L.L.C.

BY: s/ George C. Plauché
    GEORGE C. PLAUCHÉ (23260)
    JAMES L. BULLEN (22010)
    130 Audubon Blvd., Suite 102 (70503)
    P.O. Drawer 52806
    Lafayette, LA 70505
    Telephone: (337) 237-1213
    Facsimile: (337) 233-9095

ATTORNEYS FOR ARIES MARINE CORPORATION